# AFFIDAVIT OF PROCESS SERVER

United States District | State of Florida

TRIAXIAL MEDICAL, INC.

    Plaintiff

vs.

DAVID STRINGHAM, an individual

    Defendant

Attorney:

Alcoba & Associates, PA
3399 N W 72 Avenue, Ste 211
Miami, FL. 33122

Case Number:

Legal documents received by ICU Investigations, LLC on **October 24th, 2011 at 1:00 PM** to be served upon **Referral Experts LLC % Charles Miske, Registered Agent at 829 S. 220 E., Orem, UT. 84058**

I, Sharla Christensen, swear and affirm that on **October 27th, 2011 at 2:30 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons and Complaint** to **Charles Miske** as **Registered Agent** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male  Age: 52  Height: 6'0"  Weight: 170  Skin Color: White  Hair Color: Shaved  Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Sharla Christensen_ (signature)
Sharla Christensen
Process Server, # R102619

ICU Investigations, LLC
473 S. River Road #1-275
Saint George, UT 84790

(435) 986-1200

Internal Job ID: 2011004470

Reference Number: 10872

The foregoing instrument was acknowledged before me on this _27_ day of _October_, 2011, by _Sharla Christensen_, who is personally known to me or who has produced _____ as identification.

_Ronda Godard_ (signature)
Notary Signature

[Notary Seal: RONDA L. GODARD, Notary Public, State of Utah, Comm. No. 575741, My Comm. Expires Aug 28, 2012]

Notary Printed Name
Commission Expiration Date