UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRIAXIAL MEDICAL, INC.
a Florida corporation,

       Plaintiff,

CASE NO. 6:11-CV-1278-ORL-22-GJK

v.

DAVID STRINGHAM, an individual,
REFERRAL EXPERTS, LLC, a Utah
Limited Liability Company d/b/a
LOOKINGYOURBEST.COM, and
BEVERLY HILLS PHYSICIANS
ASSOCIATES, INC., a California corporation,

       Defendants.
_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_      IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_      IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other

Actions upon each party no later than fourteen days after appearance of the party.

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

      /s/  David P. Hathaway
      David P. Hathaway
      Florida Bar No. 491411
      Dean, Mead, Egerton, Bloodworth,
        Capouano & Bozarth, P.A.
      Post Office Box 2346
      Orlando, Florida 32802-2346
      Telephone:  (407) 841-1200
      Fax:  (407) 423-1831
      E-Mail:  dhathaway@deanmead.com
      Attorneys for David Stringham and Referral Experts, LLC

O0653216v1