UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRIAXIAL MEDICAL, INC.
a Florida corporation,

    Plaintiff,

v.                                  CASE NO. 6:11-CV-1278-ORL-22-GJK

DAVID STRINGHAM, an individual,
REFERRAL EXPERTS, LLC, a Utah
Limited Liability Company d/b/a
LOOKINGYOURBEST.COM, and
BEVERLY HILLS PHYSICIANS
ASSOCIATES, INC., a California corporation,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publically traded corporations, publically traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the above case:

    David Stringham
    Manager/Member
    Referral Experts, LLC

    Charles Rick Miske
    Member
    Referral Experts, LLC

    Paige Amans
    Member
    Referral Experts, LLC

    Nelson Abbott
    Attorney
    Abbott & Associates, P.C.

    Peter Lattin
    Attorney
    Abbott & Associates, P.C.

    David P. Hathaway
    Attorney
    Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.

    Beverly Hills Physicians Associates, Inc.

    Geoffrey A. Cook
    President
    Triaxial Medical Incorporated

    Louis R. Gigliotti
    Attorney
    Alcoba & Associates, P.A.

2.     The name of every other entity whose publically-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff claims to be a victim of wrongful conduct but Defendants deny that claim.

I hereby certify that, except as disclosed above, I am unaware of any potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/  David P. Hathaway
David P. Hathaway
Florida Bar No. 491411
Dean, Mead, Egerton, Bloodworth,
   Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Telephone:  (407) 841-1200
Fax:  (407) 423-1831
E-Mail:  dhathaway@deanmead.com
Attorneys for David Stringham and Referral Experts, LLC