UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRIAXIAL MEDICAL INC.,

                CASE NO.: 6:11-CV-1278-ORL-22GJK

    Plaintiff,
v.

DAVID STRINGHAM, REFERRAL
EXPERTS, LLC, and BEVERLY HILLS
PHYSICIANS ASSOCIATES, INC.,

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT PURSUANT TO FED.R.CIV.P. 55(a)

Plaintiff, TRIAXIAL MEDICAL INC., by and through undersigned counsel, and in accordance with Fed.R.Civ.P. 55(a), and files and moves for entry of a Clerk's Default against Defendant, BEVERLY HILLS PHYSICIANS ASSOCIATES, INC. for failure to file a responsive pleading or to otherwise serve papers as required by law and the Rules.

On October 26, 2011, Plaintiff served Defendant BEVERLY HILLS PHYSICIANS ASSOCIATES, INC. with a copy of the Complaint. A copy of the return of service is of record. (DE 14). Defendant has failed or otherwise refused to file any responsive papers.

WHEREFORE, Plaintiff respectfully requests entry of Clerk's Default.

                              Alcoba & Associates, P.A.

                          By:  s/Louis R. Gigliotti
                              Alcoba & Associates
                              Louis R. Gigliotti, Esq.
                              Florida Bar No.: 71935
                              3399 NW 72nd Avenue, Suite 211
                              Miami, FL 33122
                              Tel: (305) 362-8118
                              Fax: (305) 436-7429

Email: lgigliotti@bellsouth.net

## **CERTIFICATE OF ELECTRONIC SERVICE AND FILING**

I HEREBY CERTIFY that on March 26, 2012, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system.  I also certify that the foregoing document is served via US Mail to all pro se parties, to: Beverly Hills Physicians, 9025 Wilshire Blvd., Suite 202, Beverly Hills, CA 90211.