# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRIAXIAL MEDICAL INC,**

        Plaintiff,

-vs-                             Case No. 6:11-cv-1278-Orl-22GJK

**DAVID STRINGHAM, REFERRAL EXPERTS, LLC and BEVERLY HILLS PHYSICIANS ASSOCIATES, INC.,**

        Defendants.

_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **BEVERLY HILLS PHYSICIANS ASSOCIATES, INC.**, in Orlando, Florida, on this 27th day of March, 2012.

                                          SHERYL L. LOESCH, CLERK

                                          By:    s/ J. Thigpen, Deputy Clerk

Copies furnished to:

Counsel of Record