**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TRIAXIAL MEDICAL, INC.,**

       **Plaintiff,**

v.                                                      Case No:  6:11-cv-1278-Orl-22GJK

**DAVID STRINGHAM, REFERRAL EXPERTS, LLC and BEVERLY HILLS PHYSICIANS ASSOCIATES, INC.,**

       **Defendants.**

## Order of Reference

      The pending motions in this case are hereby referred to the Magistrate Judge for ruling, or if necessary, issuance of a Report and Recommendation.

      **DONE** and **ORDERED** in Chambers at Orlando, Florida on August 14, 2012.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party