# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRIAXIAL MEDICAL, INC.,**

    **Plaintiff,**

v.   Case No:  6:11-cv-1278-Orl-22GJK

**DAVID STRINGHAM, REFERRAL EXPERTS, LLC and BEVERLY HILLS PHYSICIANS ASSOCIATES, INC.,**

    **Defendants.**

## ORDER

On March 15, 2012 this Court entered its Case Management and Scheduling Order designating Louis R. Gigliotti as Lead Counsel pursuant to Local Rule 9.04(a)(3) and requiring "Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within fourteen days of the date of this Order advising of the date." (Doc. 29).  Counsel has failed to file the Notice of Mediation Conference.

Based on the foregoing, it is ordered as follows:

1. No later than September 21, 2012, Mr. Gigliotti shall show cause as to why he should not be sanctioned for failure to comply with this Court's Order, and shall file the required Notice.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -