IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TRIAXIAL MEDICAL, INC.,

                          CASE NO.: 6:11-CV-1278-ORL-22GJK

      Plaintiff,

v.

DAVID STRINGHAM, REFERRAL
EXPERTS, LLC, and BEVERLY HILLS
PHYSICIANS ASSOCIATES, INC.,

      Defendants.
_____/

## NOTICE OF MEDIATION CONFERENCE

Counsel for Plaintiff, TRIAXIAL MEDICAL, INC. ("Triaxial Counsel"), files this Notice of Mediation Conference as follows:

      **DATE:**      **TUESDAY, JANUARY 8, 2013**

      **TIME:**      **10:00 am**

      **PLACE:**      **Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.**
                          800 North Magnolia Avenue, Suite 1500
                          Orlando, Florida 32803
                          407-841-1200 · Fax 407-423-1831

                                            Alcoba & Associates, P.A.

                              By:    /s/Louis R. Gigliotti
                                       Alcoba & Associates
                                       Louis R. Gigliotti, Esq.
                                       Florida Bar No.: 71935
                                       3399 NW 72nd Avenue, Suite 211
                                       Miami, FL 33122
                                       Tel: (305) 362-8118
                                       Fax: (305) 436-7429
                                       Email: lgigliotti@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system this 21st day of September, 2012.

By: /s/Louis R. Gigliotti, Esq.