IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TRIAXIAL MEDICAL, INC.,

                                  CASE NO.: 6:11-CV-1278-ORL-22GJK

    Plaintiff,

v.

DAVID STRINGHAM, REFERRAL
EXPERTS, LLC, and BEVERLY HILLS
PHYSICIANS ASSOCIATES, INC.,

    Defendants.
_____/

## PLAINTIFF'S COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE

Counsel for Plaintiff, TRIAXIAL MEDICAL, INC. ("Triaxial Counsel"), files this Response to Order to Show Cause, and states as follows:

**I.     PLAINTIFF'S COUNSEL HAS SHOWN EXCUSABLE NEGLECT**.

The Court entered an Order to Show Cause specifically directed to the undersigned, regarding the failure to timely file the Notice of Mediation Conference pursuant to the Case Management and Scheduling Order (DE 29).

The undersigned feels obligated to inform the Court that this is the second time that the undersigned failed make a timely filing, as the Certificate of Interested Persons and Pendency of Other Actions was late.  The reason for the failure is, unfortunately, the same as the earlier response.  The managing partner's wife (who has since left the firm as a result of a divorce) is a certified paralegal, and docketed all the relevant dates.  The firm uses a computer program for docketing.  The deadline for filing the Notice of Mediation Conference was March 29, 2012.  It was during that time that some (but not many) docketing mistakes were made.

1

Nonetheless, it is both embarrassing and admittedly unprofessional to fail to adequately docket deadlines.  During this time, the office was in disarray, as Ruben Alcoba, the firm's owner, was in a near-fatal auto accident that resulted in his being out of the office, and there was staff turnover.  The undersigned, who is lead counsel on this case for Plaintiff, and "of counsel" to the firm, merely relied on the office manager to docket the dates.   The undersigned actually sat with the office manager to ensure that the dates in this case were docketed.  The office manager was instructed by the undersigned to provide the undersigned with a reminder at least 7 days prior to a due date, so that the undersigned could schedule the preparation of the work product.

The undersigned had no intention to disregard the Court's due dates, especially in light of the fact that we had previously failed to timely file the Certificate of Interested Persons and Pendency of Other Actions.

The undersigned has been practicing law for 17 years and has never been sanctioned, and has no history of missing deadlines.

The Notice of Mediation Conference has been filed (DE 41).  The undersigned respectfully requests that this Court accept that the undersigned respects this Court, its rules and its deadlines.

The undersigned respectfully requests that the Court accept as excusable neglect the failure to comply with the Court's Order, and any sanction should be directed only to the undersigned, who accepts full responsibility.

                Alcoba & Associates, P.A.


            By:    /s/Louis R. Gigliotti
                     Alcoba & Associates

Louis R. Gigliotti, Esq.<br>
Florida Bar No.: 71935<br>
3399 NW 72nd Avenue, Suite 211<br>
Miami, FL 33122<br>
Tel: (305) 362-8118<br>
Fax: (305) 436-7429<br>
Email: lgigliotti@bellsouth.net

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system this 21st day of September, 2012.

By: /s/Louis R. Gigliotti, Esq.