UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRIAXIAL MEDICAL, INC., a
Florida corporation,

    Plaintiff,

v.

                                  Case No: 6:11-cv-1278-ORL-22-GJK

DAVID STRINGHAM, an individual,
REFERRAL EXPERTS, LLC, a Utah
limited liability company d/b/a
LOOKINGYOURBEST.COM, and
BEVERLY HILLS PHYSICIANS
ASSOCIATES, INC., a California
corporation,

    Defendants.
_____/

## UNOPPOSED MOTION FOR DEFENDANTS DAVID STRINGHAM AND REFERRAL EXPERTS, LLC TO APPEAR AT MEDIATION VIA "SKYPE" INTERNET PHONE

Defendants, David Stringham and Referral Experts, LLC ("Defendants"), hereby move the Court to allow them to appear at mediation on Tuesday, January 8, 2013 at 10:00 a.m. at the law offices of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. via "Skype," an internet, video-phone service.

## MEMORANDUM OF LAW

On March 15, 2012, this Court entered a Case Management and Scheduling Order. Pursuant to said Order, the parties are required to mediate this case. Under the Local Rules, "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." Local Rule 3.01(i). Here counsel

for the parties are located in different cities and Defendants believe they are not under the jurisdiction of the Courts in Florida. Their Motion to Dismiss for Lack of Personal Jurisdiction are pending and Defendants do not want to take any action to consent to personal jurisdiction. For the convenience of the parties and as provided under the Local Rules, Defendants should be granted leave to attend mediation via Skype. Defendants will provide the video screens and technology relay allowing them to attend the mediation via Skype.

## CERTIFICATION OF COUNSEL

The undersigned attorney hereby certifies that prior to filing this Motion he conferred with Plaintiff's counsel, Louis R. Gigliotti, pursuant to Local Rule 3.01(g), and he does not oppose this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

/s/ A. Felipe Guerrero
DAVID P. HATHAWAY
Florida Bar No. 491411
A. FELIPE GUERRERO
Florida Bar No. 022589
Dean, Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Telephone: (407) 841-1200
Fax: (407) 423-1831
E-mail: dhathaway@deanmead.com
          fguerrero@deanmead.com

Attorneys for Defendants, David Stringham and Referral Experts, LLC