# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRIAXIAL MEDICAL INC,**

        **Plaintiff,**

**-vs-**                                                                **Case No. 6:11-cv-1278-Orl-22GJK**

**DAVID STRINGHAM, REFERRAL EXPERTS, LLC and BEVERLY HILLS PHYSICIANS ASSOCIATES, INC.,**

        **Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED that the Unopposed Motion for Defendants David Stringham and Referral Experts, LLC to Appear at Mediation Via "Skype" Internet Phone (Doc. No. 43), filed on October 2, 2012, is DENIED with leave to refile after consulting the mediator and advising the Court of the mediator's position regarding the request.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 3, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge