UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRIAXIAL MEDICAL, INC., a
Florida corporation,

    Plaintiff,

v.

                                Case No: 6:11-cv-1278-ORL-22-GJK

DAVID STRINGHAM, an individual,
REFERRAL EXPERTS, LLC, a Utah
limited liability company d/b/a
LOOKINGYOURBEST.COM, and
BEVERLY HILLS PHYSICIANS
ASSOCIATES, INC., a California
corporation,

    Defendants.
_____/

**AMENDED UNOPPOSED MOTION FOR DEFENDANTS
DAVID STRINGHAM AND REFERRAL EXPERTS, LLC
TO APPEAR AT MEDIATION VIA "SKYPE" INTERNET PHONE**

Defendants, David Stringham and Referral Experts, LLC ("Defendants"), hereby move the Court to allow them to appear at mediation on Tuesday, January 8, 2013 at 10:00 a.m. at the law offices of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. via "Skype," an internet, video-phone service.

**MEMORANDUM OF LAW**

On March 15, 2012, this Court entered a Case Management and Scheduling Order. Pursuant to said Order, the parties are required to mediate this case. Under the Local Rules, "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." Local Rule 3.01(i). Here counsel

for the parties are located in different cities and Defendants believe they are not under the jurisdiction of the Courts in Florida.  Their Motion to Dismiss for Lack of Personal Jurisdiction is pending and Defendants do not want to take any action to consent to personal jurisdiction.  For the convenience of the parties and as provided under the Local Rules, Defendants should be granted leave to attend mediation via Skype.  Defendants will provide the video screens and technology relay allowing them to attend the mediation via Skype.  Pursuant to this Court's Order of October 3, 2012 denying the Unopposed Motion for Defendants David Stringham and Referral Experts, LLC to Appear at Mediation Via "Skype," Defendants' counsel has contacted the mediator, Jay Cohen, who has advised that he does not object to Defendants appearing at the mediation via Skype.

## **CERTIFICATION OF COUNSEL**

The undersigned attorney hereby certifies that prior to filing this Motion he conferred with Plaintiff's counsel, Louis R. Gigliotti, pursuant to Local Rule 3.01(g), and he does not oppose this Motion.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 5, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

              /s/ A. Felipe Guerrero
              DAVID P. HATHAWAY
              Florida Bar No. 491411
              A. FELIPE GUERRERO
              Florida Bar No. 022589
              Dean, Mead, Egerton, Bloodworth,
              Capouano & Bozarth, P.A.
              Post Office Box 2346
              Orlando, Florida 32802-2346
              Telephone: (407) 841-1200
              Fax: (407) 423-1831
              E-mail: dhathaway@deanmead.com
                  fguerrero@deanmead.com

              Attorneys for Defendants, David Stringham
              and Referral Experts, LLC