UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRIAXIAL MEDICAL, INC., a
Florida corporation,

      Plaintiff,

                                    Case No: 6:11-cv-1278-ORL-22-GJK

v.

DAVID STRINGHAM, an individual,
REFERRAL EXPERTS, LLC, a Utah
limited liability company d/b/a
LOOKINGYOURBEST.COM, and
BEVERLY HILLS PHYSICIANS
ASSOCIATES, INC., a California
corporation,

      Defendants.

_____/

**UNOPPOSED MOTION FOR ADMISSION**
***PRO HAC VICE* PURSUANT TO LOCAL RULE 2.02**

The undersigned, on behalf of Defendants, David Stringham and Referral Experts, LLC, requests admission pro hac vice of Nelson Abbott, Esq. to appear specially in this Court in the above-referenced cause. This motion is brought pursuant to Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida. Grounds for this motion are as follows:

1.      Nelson Abbott, Esq. is a member in good standing of the bar of the State of Utah. He is a Partner with Abbott Law Firm. He is admitted and licensed to practice law in the state courts of Utah (Utah Bar No. 6695) admitted on May 17, 1994 and the United States District Court for the District of Utah.

2.      Mr. Abbott is not a resident of Florida. He is a resident of Utah.

3.     Mr. Abbott is devoting significant amounts of time to this action and it is expected that he will be needed to participate in all aspects of the case.

4.     Mr. Abbott certifies that he is familiar with, and shall be governed in this action by, the Local Rules of the Middle District of Florida, including Rule 2.04 in particular, and is also familiar and shall be governed in this action by the Code of Professional Responsibility and other ethical limitations or requirements that govern the professional behavior of members of The Florida Bar.

5.     Mr. Abbott has studied the Federal Rules of Evidence, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules of the Middle District of Florida.

6.     Mr. Abbott has not abused the privilege of special appearance by frequent or regular appearance in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the state of Florida.

7.     Mr. Abbott's mailing address and e-mail address to which copies of all further pleadings, motions, notices, orders of court and other papers may be served are:

Abbott Law Firm
3651 N. 100 E.
Suite 350
Provo, Utah  84604
nelson@abbottlawfirm.com

8.     Mr. Abbott will comply with the e-mail registration requirements of Local Rule 2.01(d), pursuant to Local Rule 2.02(a) and has submitted the Special Admission Attorney Certification form and fee to the Clerk of Court.

9.     The undersigned, a member of the bar of the United States District Court for the Middle District of Florida and a resident of Florida, is hereby designated and consents to act as local counsel and the individual to whom all notices and papers may be served in the above-styled cause and who will be responsible for the progress of the case pursuant to Local Rule 2.02(a), including the trial, in default of the non-resident attorney appearing on behalf of the Defendants.

WHEREFORE, the undersigned requests an order of this Court allowing Nelson Abbott, Esq. to be specially admitted in the above-referenced action as counsel for Defendants.

## MEMORANDUM OF LAW

This motion is made pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned attorney hereby certifies that on November 29, 2012 he conferred with counsel for Plaintiff, Louis R. Gigliotti, Esq., pursuant to Local Rule 3.01(g) and has been authorized to state that counsel for Plaintiff has no objection to this motion.

/s/ David P. Hathaway
DAVID P. HATHAWAY (FBN 491411)
A. FELIPE GUERRERO (FBN 022589)
Dean, Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Tel: (407) 841-1200  Fax: (407) 423-1831
E-mail: dhathaway@deanmead.com
          fguerrero@deanmead.com

Attorneys for Defendants, David Stringham
and Referral Experts, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2012, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to

all CM/ECF participants.


/s/ David P. Hathaway
David P. Hathaway
Florida Bar No. 491411


O0786758 1